IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FABIAN ALEXANDER COOK | : | CIVIL ACTION |
| v. | : | |
| MARK GARMAN, et al. | : | NO. 19-4096 |



FILED
MAR 13 2020
Clerk
Dep. Clerk

**ORDER**

AND NOW, this 12th day of March, 2020, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**;

3. A certificate of appealability is not granted.

BY THE COURT:

WENDY BEETLESTONE, J.